AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP - 8 2008
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| PIERRE BELL | ) Case No: | 4:05CR00154-001 SWW |
| | ) USM No: | 23746-009 |
| Date of Previous Judgment: 07/18/2007 | ) | CHRIS TARVER |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney | |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___See below*___ months **is reduced to** ___See below**___.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __26__         Amended Offense Level: __24__
Criminal History Category: __VI__      Criminal History Category: __VI__
Previous Guideline Range: __120__ to __150__ months   Amended Guideline Range: __120__ to __125__ months
±60 months consecutive                 ±60 months consecutive

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

*Previous sentence:
   144 Months on Count 1;
   120 Months on Count 3 - concurrent;
   60 Months on Count 2 - consecutive.

**Sentence Reduced to:
   120 Months on Count 1;
   Counts 2 and 3 - unchanged.

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __07/18/2007__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __09/08/2008__

_____
Judge's signature

Effective Date: _____
(if different from order date)

Susan Webber Wright, United States District Judge
Printed name and title